His motive in doing that was that no one should see him. The reason he did not think the defendant in danger of being lynched was that he "did not think those persons brave enough to participate in a mob."

John Bobo, deputy sheriff of Floyd county since January 1, 1915, testified that it was his judgment that if the defendant had remained in Floyd county he would not have been molested, and that he can get a fair and impartial trial. Henry Watts, J. L. Foster, and M. Haisfield testified to the same effect as did Bobo.

*Harris & Harris,* for plaintiff in error. *W. H. Ennis, solicitor-general, McHenry & Porter,* and *Max Meyerhardt,* contra.

---

### LECKIE *v.* LECKIE.

HILL, J. Under the facts of this case there was no abuse of discretion in granting the wife temporary alimony and attorney's fees.
    *Judgment affirmed.. All the Justices concur, except Fish, C. J., absent.*
                MARCH 9, 1915.

Temporary alimony. Before Judge Jones. Hall superior court. July 31, 1914.

*W. B. Sloan* and *B. P. Gaillard Jr.,* for plaintiff in error.

*W. M. Johnson* and *A. C. Wheeler,* contra.

---

### DICKENSON & WILLIAMS *v.* BARWICK, trustee, *et al.*

LUMPKIN, J. There was no error in denying an interlocutory injunction in this case.
    *Judgment affirmed. All the Justices concur, except Fish, C. J., absent.*
                MARCH 9, 1915.

Petition for injunction. Before Judge Cox. Decatur superior court. July 6, 1914.

*W. V. Custer,* for plaintiffs.

---

### BRADLEY *v.* LITHONIA & ARABIA MOUNTAIN RAILWAY Co. *et al.*

LUMPKIN, J. 1. A railroad company sought to condemn a right of way across certain land. An equitable petition was filed by the landowner, attacking the right of the company to do so. A temporary restraining order was granted, but was later modified by reciting that the